FILED
2008 Aug-01  PM 12:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT F. STEPHENS, III,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | CASE NO.: |
| v.         ) | |
| ) | CV-06-RRA-2300-S |
| TRANSUNION, LLC, et al.,         ) | |
| ) | |
| Defendants.         ) | |

### ORDER OF DISMISSAL

There being no further defendants remaining in this action, this case is hereby **DISMISSED, with prejudice**, costs taxed as paid.

DONE and ORDERED this 1st day of August 2008.

Robert R. Armstrong, Jr.
United States Magistrate Judge